IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-cv-283-BO

| | |
|---|---|
| CLIFTON E. BURNEY | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| NANCY BERRYHILL | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Upon consideration of the Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and the Defendant's response thereto, it is this 20th day of November 2017, by the United States District Court for the Eastern District of North Carolina,

ORDERED that the Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act 28 U.S.C. § 2412, in the amount of $ 4,289.48, delivered to counsel's office address.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $ 4,289.48 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

BY THE COURT: 11/21/2017

_____
TERRENCE W. BOYLE
United States District Judge